**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00859-CV

**NAUTIC MANAGEMENT VI, L.P., Appellant**

**V.**

**CORNERSTONE HEALTHCARE GROUP HOLDINGS, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04339**

## ORDER

The Court has before it the July 30, 2013 unopposed motion of nonresident attorney John F. Hartmann for admission pro hac vice. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to add John F. Hartmann as attorney for appellant.

/s/      ELIZABETH LANG-MIERS
           JUSTICE